UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**TERRANCE WILLIAMS,**
    Plaintiff,

v.

**UNITED STATES OF AMERICA,**
    Defendant.

Case No. 1:21-cv-1114-CLM-HNJ

## MEMORANDUM OPINION

    The magistrate judge has entered a report, recommending that the court treat the Government's special report as a motion for summary judgment and grant the motion. (Doc. 24). The court advised the parties of their right to file specific written objections within 14 days, but Plaintiff Terrance Williams hasn't filed any objections.

    After considering the record, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **WILL GRANT** the Government's motion for summary judgment (doc. 19).

    The court will enter a separate final judgment.

    **Done** on January 5, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE